# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

M.A.T. MARINE, INC.,

    Plaintiffs,

       v.                                           CA. NO. 04-11897-PBS

PORT NORFOLK YACHT CLUB,
INC., ET AL,

    Defendants.

## *NOTICE*

September 10, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that a **hearing on Docket Entry # 2 (Plaintiff's Ex Parte Motion for Approval of Trustee Process to Attach Funds in the Bank Accounts of the Defendant in the Custody of Fleet Bank, First Community Bank)** at **11:00 a.m., Wednesday, September 15, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts. **In the event plaintiff has not served defendant with any filing made in this court, plaintiff is directed to serve such filings upon defendant forthwith.**

                                            /s/

                                        **MARIANNE B. BOWLER**
                                        Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD

**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**