AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  *MASSACHUSETTS (BOSTON)*

**APPEARANCE**

M.A.T. MARINE

v

PORT NORFOLK
    YACHT CLUB, ETAL

Case Number:  *CA -04-11897-PB*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

*PORT NORFOLK YACHTCLUB*

I certify that I am admitted to practice in this court.

9/15/04
Date

Richard A. Skerry Jr.
Signature

Richard A. Skerry, Jr.          # 465460
Print Name                       Bar Number

91 Briarwood Dr
Address

HANOVER    MA        02339
City        State       Zip Code

781-962-6630           781-871-6859
Phone Number           Fax Number