# HOLBROOK & MURPHY
ATTORNEYS AT LAW
PROCTORS IN ADMIRALTY

150 FEDERAL STREET
12TH FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 428-1151
FACSIMILE: (617) 443-1696

**BY HAND**

E-MAIL: holbrook_murphy@msn.com

RECEIVED
Clerk's Office
Date 10-5-04
By [signature]
Deputy Clerk

October 5, 2004

The Honorable Marianne B. Bowler
Magistrate Judge of the United States District Court
Moakley Court House
1 Courthouse Way
Suite 8420
Boston, MA  02210

Re:   M.A.T. Marine Inc. v. Port Norfolk Yacht Club Inc.
      Civil Action Number 04-11897 PBS

Dear Judge Bowler:

We refer to the above captioned matter and are pleased to report that the case has been settled. We respectfully request that the Court issue a 30 day order. The parties respectfully suggest that the Hearing currently scheduled for October 6, 2004 is no longer necessary.

We thank your for your efforts in this matter.

Very truly yours,

[signature]
Robert J. Murphy

Cc:   Richard Skerry Esq.